No. 68185.—Palley Supply Co. *v.* United States, protest 63/1094 (Los Angeles).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of hunting knives with handles of wood, more than 4 inches in length, exclusive of handle, specially designed for other than household, kitchen, or butchers' use, the claim of the plaintiff was sustained.

No. 68186.—Winter, Wolff & Co., Inc. *v.* United States, protests 59/15867(B) and 59/27006(B) (Los Angeles).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of wire, not larger than twenty one-hundredths and not smaller than eight one-hundredths of an inch in diameter, commonly used for fencing purposes, the claim of the plaintiff was sustained.

No. 68187.—Charles Sadek Import Co., Inc. *v.* United States, protest 63/4353 (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiff was sustained.